# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CATHERYNNE W. KENDRICK *et al.*                                                    PLAINTIFFS
ADC #708204

V.                                          NO: 1:08CV00044 WRW/HDY

LAVANDO K. DUNAVION *et al.*                                                       DEFENDANTS

## ORDER

On September 11, 2008, Plaintiff Valarie King filed a motion to voluntarily dismiss her claims in this case (docket entry #4).  For good cause shown, King's motion is GRANTED, King's claims are DISMISSED WITHOUT PREJUDICE, and her name is removed as a party Plaintiff. King's pending motion for leave to proceed *in forma pauperis* (docket entry #2) is DENIED AS MOOT.

DATED this 10th day of October, 2008.

/s/Wm. R. WILSON, JR.
UNITED STATES DISTRICT JUDGE