# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**CATHERYNNE W. KENDRICK** *et al.*                                    **PLAINTIFFS**
**ADC #708204**

**v.**                               **1:08CV00044-WRW-HDY**

**LAVANDO K. DUNAVION** *et al.*                                     **DEFENDANTS**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of November, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE